UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:10-mc-22 |
| | ) | Collier / Lee |
| v. | ) ) | Re: Civil Action No. 08 CV 9695 |
| INVISTA NORTH AMERICA S.À R.L., INVISTA TECHNOLOGIES S.À R.L., INVISTA S.À R.L., KOSA B.V. AND INVISTA B.V., | ) ) ) ) ) | (BSJ)(DCF) pending in the Southern District of New York |
| Defendants. | ) | |

**ORDER**

Before the Court is Defendants' motion to quash Plaintiff's third-party subpoena to Ravago Manufacturing Americas, LLC [Doc. 1]. The parties have jointly submitted a stipulation of dismissal in which Defendants withdraw the pending motion [Doc. 19]. Because this is not an "action" commenced by the filing of a complaint within the meaning of Fed. R. Civ. P. 41, a stipulation of dismissal is not necessary to accomplish the parties' purpose. *See* Fed. R. Civ. P. 3. The Court will construe the stipulation as a joint motion to withdraw the motion to quash. So construed, the motion to withdraw [Doc. 19] is **GRANTED** and the motion to quash [Doc. 1] is **STRICKEN**.

SO ORDERED.

ENTER:

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE